IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18–25–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JODY LYN BENNETT, | |
| Defendant. | |

Before the Court is Defendant Jody Lyn Bennett's unopposed motion to continue the ex parte hearing. (Doc. 21.) Accordingly,

IT IS ORDERED that the motion is GRANTED. The hearing set for July 12, 2018, at 11:00 a.m. is VACATED.

IT IS FURTHER ORDERED that the hearing is RESET for July 18, 2018, at 9:00 a.m.

DATED this 6th day of July, 2018.

Donald W. Molloy, District Judge
United States District Court