IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JODY LYN BENNETT,<br><br>                      Defendant. | CR 18-25-M-DWM<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on September 27, 2018. (Doc. 38.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 49.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 52) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- One LG cell phone, black in color;

- Empty Magazine for Ruger American 9mm Pistol, S/N 86060847;

- Empty Magazine for Phoenix Arms Raven .25 Caliber Pistol with Pink Handle;

- 5 Loaded Magazines for .45 caliber;

- Samsung Galaxy S7 Cell Phone with Clear Green Case with Micro SD Card;

- Green Ammo Box Containing approx: 130 Rounds of 7.62 Caliber Ammo;

- 200 Rounds 9mm Caliber ammo; 44 Rounds of .45 Caliber Ammo;

- 20 Rounds of .303 Caliber Ammo; 40 Rounds of .223 Caliber Ammo;

- 100 Rounds of 5.56 Caliber Ammo; 150 Rounds of .17 Caliber Ammo;

- 87 Rounds of .22 Caliber Ammo; and Miscellaneous Gun Parts;

- Box of PPU 5.56 Ammo containing Approx 20 rounds;

- Box of Federal 5.56 Ammo containing Approx 20 Rounds;

- Approx 72 Rounds of 7.62 Ammo Removed from Magazines;

- Approx 40 Rounds 5.56 Ammo Removed from Magazines;

- Black Fabric Gun Case, Black Nylon Strap, and 5 Magazines with Ammo Removed and Grip;

- Norinco SKS Rifle, S/N: 57184;

- Aimpoint Optic Site and Spartan Light Attached to Stoner SR-15;

- Stoner Rifle SR-15, S/N: KM904582;

- Leopold Scope and Sling attached to Remington 700 Rifle and Soft Tan/Black Gun Case;

- Remington Arms 700 Rifle, S/N: S6344544 Packaged in Soft Tan/Black Gun Case;

- Burris Scope attached to CZ 452.2E .17 caliber rifle and empty magazine;

- CZ 452.2E .17 Caliber Rifle, S/N: A185299;

- Green Nylon Sling attached to Lithgow Infield 303 Rifle, empty magazine, and Soft Tan/Brown Gun Case;

- Lithgow Infield 303 Rifle, S/N e7866 (Packaged in Soft Tan/Brown Gun Case);

- Westernfield XNH-806 with no visible serial number;

- Bushnell Scope attached to Winchester 70 Rifle; Empty Magazine; and Black Hard Sided Gun Case;

- Black Fabric Pistol Case;

- 13 Rounds of 9mm ammunition removed from Ruger pistol;

- Ruger American 9mm pistol, S/N;

- Citadel 1911 .45 caliber pistol, S/N: CIT004715;

- Phoenix Arms Raven .25 caliber pistol with pink Handle, S/N: 3103626;

- Sixteen 20 Gauge Shotgun Shells; Seventeen 12-Gauge Shotgun Shells in Fabric Case;

- Box of Fusion Brand .243 Ammo Containing Approx. 20 Rounds;

- 12 Rounds of .40 Caliber Ammo Removed from Magazine from Glock;

- Empty Magazine for Glock .22 pistol and Rubber Grip on Glock;

- Glock .22 Pistol, S/N UXA004;

- 1 Box Containing Approx 50 Rounds of .45 Caliber Ammunition;

- Silver Samsung Cell Phone with Cracked Back with Cord; and

- $551.00 in United States Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 14th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court

4